Argued: November 6, 2017

IN THE COURT OF APPEALS OF MARYLAND

Misc. No. 2

September Term, 2017

_____

IN THE MATTER OF THE APPLICATION

OF MASO TOUSSAINT HAMILTON FOR

ADMISSION TO THE BAR OF MARYLAND

_____

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

_____

ORDER

_____

Filed: November 8, 2017

IN THE MATTER OF THE APPLICATION     *     In the

OF MASO TOUSSAINT HAMILTON     *     Court of Appeals

FOR ADMISSION TO THE BAR OF     *     of Maryland

MARYLAND     *     Misc. No. 2, September Term, 2017

### O R D E R

The Court having considered the recommendations of the Character Committee for the Fourth Appellate Circuit of Maryland and the State Board of Law Examiners, and the oral argument of the applicant's counsel presented at a show cause hearing held before this Court on November 6, 2017, it is this 8th day of November, 2017,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the favorable recommendations of the Character Committee for the Fourth Appellate Circuit, and of the State Board of Law Examiners be, and are hereby accepted, and it is further

ORDERED, that the applicant, upon taking the oath prescribed by the statute, be admitted to the practice of law in this State.

/s/ Mary Ellen Barbera
Chief Judge